EJD:IC
F. #2025R00171

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | (18 U.S.C. §§ 641, 1028A(a)(1), 1028A(c)(4) and 2) |
| JONAH LUC, | No. 25-M-253 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

ROSANNA CORRADO, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

In or about and between July 2025 and August 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JONAH LUC, together with others, did knowingly and intentionally embezzle, steal, purloin and convert to his own use and the use of another and receive, conceal and retain with the intent to convert to his use or gain, knowing it to have been embezzled stolen, purloined or converted money and things of value of the United States and of a department and agency thereof, to wit: a check issued by the United States Department of the Treasury, the value of which exceeded the sum of $1,000, (Title 18, United States Code, Sections 641 and 2).

In or about and between July 2025 and August 2025, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JONAH LUC, together with others, during and in relation to a violation of Title 18, United

States Code, Section 641, did knowingly and intentionally transfer, possess and use, without lawful authority, one or more means of identification of one or more other persons, to wit: the name of John Doe, knowing that such means of identification belonged to said person, (Title 18, United States Code, Sections 1028A(a)(1), 1028A(c)(4) and 2).

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been involved in the investigation of numerous cases involving access device fraud, stolen and fraudulent checks, and aggravated identity theft. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. In or about July 2025, the United States Department of the Treasury ("U.S. Treasury Department") notified an individual ("John Doe") residing in the Eastern District of New York that U.S. Treasury Department records reflected that a U.S. Treasury Department tax refund check for $1,474.28 payable to John Doe's name and mailed to John Doe had been deposited into a bank account not in John Doe's name. The U.S. Treasury Department also provided John Doe with images of the front and back of the cashed tax refund check bearing John Doe's name and street address, a redacted version of which is depicted below in Figure 1.[2]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] John Doe's name and street address are redacted from Figure 1.



**Figure 1**

The image of the back of the check states that that check was cashed into a Capital One bank account on July 31, 2025 through "RDC Deposit," which I understand to be a shorthand term for remote deposit capture, which permits an individual to deposit checks by providing a digital image or scan of the check remotely to financial institutions.

        3.        John Doe informed the U.S. Treasury Department that he did not receive or deposit the referenced tax refund check payable to John Doe nor did he authorize any other person to do so.

        4.        On August 21, 2025, the New York City Department of Probation ("NYC Probation") officer supervising LUC conducted a search of certain rooms of LUC's apartment located on the second floor of a residential building in Brooklyn, New York (the "LUC Apartment") pursuant to the applicable search condition of the term of probation LUC is

currently serving in connection with conspiracy and shoplifting convictions in New Jersey.[3] The NYC Probation officer knocked on the door of the LUC Apartment, identified himself and spoke with LUC who identified one of the three bedrooms in the LUC Apartment as LUC's bedroom. The NYC Probation officer also observed items such as mail listing LUC's name as well as photographs consistent with the appearance of LUC in LUC's bedroom. As part of the search of the bedroom, the NYC Probation officer recovered a U.S. Treasury Department check for $1,474.28 payable to John Doe's name (the "Check") inside the top drawer of a dresser in LUC's bedroom, a redacted image of the front and of which is depicted below in Figure 2.[4]



---

[3] On April 28, 2023, LUC pleaded guilty to conspiracy to engage in a crime, in violation of New Jersey Criminal Code 2C:5-2A(1) and shoplifting, in violation of New Jersey Criminal Code 2C:20-11B(1) in the Superior Court of New Jersey, Middlesex County; LUC was sentenced to a probationary term of three years. One of the conditions of the term of probation is that LUC is to "submit at any time to a search conducted by a probation officer, without a warrant, or [LUC's] person, place of residence, vehicle or other personal property." LUC provided his home address to his probation officer, which was an apartment located on the second floor of a residential building in Brooklyn, New York. I understand that because LUC is residing in New York City, since April 2023, the New York City Department of Probation has been supervising LUC for his probationary term.

[4] John Doe's name and street address are redacted from Figure 2 as well as the name of the individual to whom the check was endorsed ("Individual-1"), given that this investigation is ongoing.



**Figure 2**

I have compared Figure 1 and Figure 2, and the two checks bear the same routing and account numbers, payable amounts, payee name (the true name of John Doe) and John Doe's home address.  Further, the back of the Check is purportedly endorsed by John Doe, whose handwritten name appears on the line above "endorse to [Individual-1]."

5. After the NYC Probation officer recovered the Check, LUC told the NYC Probation officer, in sum and substance, that the Check belonged to a friend of LUC's and that the friend told LUC that LUC could have the Check.  Subsequently, LUC then told the NYC Probation officer that he had found the Check on the ground when walking outside.

6. After the Check was recovered in LUC's bedroom, John Doe confirmed to law enforcement agents that he did not know an individual named JONAH LUC and that he did not provide JONAH LUC with authority to possess or deposit the Check.  John Doe further informed law enforcement that he did not endorse the back of the Check, does not know Individual-1 and did not authorize Individual-1 to deposit the Check.

WHEREFORE, your deponent respectfully requests that the defendant JONAH LUC, be dealt with according to law.

/s/ Rosanna Corrado
ROSANNA CORRADO
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me by telephone
this 21st day of August, 2025

*Vera M. Scanlon*
THE HONORABLE VERA M. SCANLON
CHIEF UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK